## Thomas J. Hurt, Appellee, v. Walter Jurczcht, Appellant.

### Gen. No. 43,090.

MATCHETT, J., dissenting.

* See Callaghan's Illinois Digest, same topic and section number.

opinion filed October 23, 1944; released for publication November 6, 1944. Hubbard, Baker & Rice, for appellant; J. S. Cook, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.